UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBERT ORTIZ #89718-132,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-01046<br>SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN U.S.P. POLLOCK,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF Nos. 1, 7) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 27th day of January 2021.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE